United States District Court
For the Northern District of California

1
2
3
4
5
6        UNITED STATES DISTRICT COURT
7        NORTHERN DISTRICT OF CALIFORNIA
8
9  JOSEPH JOHNSON, JR.,                      No. C 05-1628 SI (pr)
10         Plaintiff,                        **JUDGMENT**
11     v.
12  EDWARD C. FLORES, etc., et al.,
13         Defendants.
14  _____/
15
   Judgment is now entered in defendants' favor and against plaintiff.
16
17   IT IS SO ORDERED AND ADJUDGED.
18
19  Dated: March 9, 2009                     _____
20                                           SUSAN ILLSTON
                                             United States District Judge
21
22
23
24
25
26
27
28